United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Andres Ricardo Rivera Ramirez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-4522 |
| | § | |
| Todd M. Lyons, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

On June 17, 2026, Petitioner, Andres Ricardo Rivera Ramirez, filed a Motion for Voluntary Dismissal (docket no. 5) stipulating to the voluntary dismissal of this action against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is ORDERED that Petitioner's Motion for Voluntary Dismissal (docket no. 5) is **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 18th day of June, 2026.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE